IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,     )<br>                                                      )<br>          Plaintiff,                     )<br>                                                      )<br>v.                                                 )<br>                                                      )<br>FRANCISCO JIMINEZ-RECIO,   )<br>                                                      )<br>          Defendant.                  )<br>_____) | Case Nos.   CV-05-319-S-BLW<br>                      CR-97-103-S-BLW<br><br>**JUDGMENT** |

Based upon the Court's Order filed herewith, IT IS HEREBY ORDERED AND ADJUDGED that the Motion filed by FRANCISCO JIMINEZ-RECIO under 28 U.S.C. § 2255 is DISMISSED with prejudice.

DATED: **March 31, 2006**

_____
B. LYNN WINMILL
Chief Judge
United States District Court

**Judgment - 1**